# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MATTHEW JONES,      )
     )
     Plaintiff,      )
     )
v.      )      Civil Action No.  25-04450 (UNA)
     )
     )
DOVER DOWNS,      )
     )
     Defendant.      )

## <u>MEMORANDUM OPINION</u>

Plaintiff, appearing *pro se*, has filed a complaint and an application to proceed *in forma pauperis* (IFP). For the following reasons, the Court grants the IFP application and dismisses the complaint.

Plaintiff, a resident of Greenwood, Delaware, sues Dover Downs in Dover, Delaware. He alleges that the "business of Dover Downs created me, planned to create me, in unquestionably unhealthiest living circumstances-without any way to avoid rape, death, constant duress, H diseases, Black Plague, Scarlet Fever, poaching, mental illness, sequestering, constant taunting, slavery and without sex." Compl., ECF No. 1 at 4 (Statement of Claim). Plaintiff seeks "amounts exceeding nine hundred ninety nine trillion" dollars. *Id*.

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, this case will be dismissed by separate order.

_____/s/_____
RUDOLPH CONTRERAS
Date: April 14, 2026      United States District Judge